# **EXHIBIT D**



October 8, 2020

**By International Courier**

Ministerio de Finanzas de la Republica
Bolivariana de Venezuela
Direccion General Sectorial de Finanzas Publicas
Esquina de Carmelitas
Avenida Urdaneta
Edificio del Ministerio de Hacienda
Caracas, Venezuela
Attn: Director de Credito Publico

Banco Central de Venezuela
Esquina de Carmelitas
Avenida Urdaneta
Caracas 1010
Venezuela
Attn: Vice President of International Operations

**Re:  Notice of Event of Default and Demand for Payment**

Dear Sir or Madam:

      I write this letter on behalf Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.

      The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

      Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

      Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest thereon, and the entire principal amount for those Bonds that have matured, along with any



interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.

We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.

Sincerely,

*/s/ Lee Robinson*

CIO & Director, Altana Funds

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com  w: www.altanawealth.com                                    Authorised and Regulated by CIMA



## Schedule 1

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,565,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 5,704,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 3,043,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 14,023,000 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 1,751,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 8,917,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 6,485,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 6,842,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 1,171,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 422,000 | March 31; Sept. 30 |

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com  w: www.altanawealth.com                              Authorised and Regulated by CIMA