UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,<br><br>                              Plaintiffs,<br><br>       -against-<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                              Defendant. | 20 Civ. 8402 (AT)<br>[rel. 19 Civ. 3123 (AT)]<br><br>**[PROPOSED] ORDER** |

      It is hereby ORDERED that Plaintiffs shall effect service on Defendant by the method set forth in 28 U.S.C. § 1608(a)(4).

      SO ORDERED.

Dated: _____, 2020
       New York, New York

                                                               ANALISA TORRES
                                                   United States District Judge