USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

          Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

          Defendant.

20 Civ. 8402 (AT)
[rel. 19 Civ. 3123 (AT)]

**ORDER**

It is hereby ORDERED that Plaintiffs shall effect service on Defendant by the method set forth in 28 U.S.C. § 1608(a)(4).

SO ORDERED.

Dated: November 12, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge