USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/17/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

       Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

       Defendant.

20 Civ. 8402 (AT)
[rel. 19 Civ. 2123 (AT)]

**ORDER**

It is hereby ORDERED that the deadlines set forth in this Court's October 15, 2020 Orders (Dkts. 10, 11) are adjourned:

- December 1, 2020: Deadline to submit a joint letter regarding whether the parties are willing to consent to proceed before a magistrate judge (Dkt. 10).

- December 1, 2020: Deadline to submit a joint letter regarding the initial pretrial conference (Dkt. 11 ¶ 4).

- December 8, 2020, at 11:40 a.m.: Initial Pretrial Conference (Dkt. 11 ¶ 1).

It is further ORDERED that Plaintiffs shall promptly inform the Court when service of process is complete. If service has not been completed within 60 days of the date of this Order, Plaintiffs shall file a status letter with the Court.

SO ORDERED.

Dated: November 17, 2020
   New York, New York

ANALISA TORRES
United States District Judge