# EXHIBIT 1

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,<br><br>                    Plaintiffs,<br><br>      v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                    Defendant. | Case No. 1:20-cv-8402-AT<br>[rel. 1:19-cv-3123 (AT)]<br><br>**SECOND AMENDED COMPLAINT** |

Plaintiffs Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman, for their second amended complaint against the Bolivarian Republic of Venezuela ("Venezuela"), allege as follows:

### NATURE OF THE ACTION

1.      This is a breach-of-contract action arising out of Venezuela's failure to pay principal, interest, or both, on a series of bonds (collectively, the "Bonds") pursuant to which Plaintiffs, an investment company, its fund, and its investment adviser and manager, beneficially hold obligations with a stated principal amount as shown in Schedule 1 (Exhibit A).

2.      Venezuela issued the Bonds and sold them to investors under certain "fiscal agency agreements," which it executed in 1997 (the "1997 FAA"), 1998 (the "1998 FAA"), and 2001 (the "2001 FAA") (collectively, "the FAAs").  In the FAAs and Bonds themselves, Venezuela unconditionally promised to make regularly scheduled principal and interest payments.

3.      Venezuela failed to do so, defaulting on its payment obligations.

4.      Specifically, beginning in October 2017, Venezuela failed to make required semi-annual interest payments on the Bonds as those payments became due.  It has not made any required interest payments since then.  Moreover, Venezuela has failed to pay the principal in full as required on the Bonds that have since matured, including through acceleration.

5.      Thus, as this Court has concluded in related cases, Venezuela has breached its contractual obligations and judgment should be entered for Plaintiffs.  *See Casa Express Corp. v. Bolivarian Republic of Venezuela*, 2020 WL 5817282, at *1 (S.D.N.Y. Sept. 30, 2020) (Torres, J.) (denying Venezuela's motion for stay and granting plaintiffs' motion for summary judgment on breach-of-contract claims); *Contrarian Capital Mgmt., L.L.C. v. Bolivarian Republic of Venezuela*, 2020 WL 5849013, at *1 (S.D.N.Y. Oct. 1, 2020) (Torres, J.) (same).

<u>**PARTIES**</u>

6.      Altana Credit Opportunities Fund SPC ("ACOF SPC") is an exempted company incorporated in the Cayman Islands, with its principal place of business in the Cayman Islands.

7.      Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP") is a segregated portfolio of ACOF SPC, incorporated in the Cayman Islands, with its principal place of business in the Cayman Islands.

8.      ACOF 1 SP, and ACOF SPC as its parent company, are beneficial owners of the Bonds.

9.      Altana Funds Ltd. Cayman ("Altana") is a company incorporated in the Cayman Islands, with its principal place of business in the Cayman Islands.

10.      Altana acts as investment adviser and manager for ACOF SPC, and its fund, ACOF 1 SP, and receives payment for that work.  Altana does not beneficially hold the Bonds but brings this suit to recover the due and unpaid principal and interest on the Bonds to which ACOF SPC and ACOF 1 SP are entitled.

3

11.      Venezuela is a "foreign state" as defined in 28 U.S.C. § 1603(a).

## JURISDICTION AND VENUE

12.      This Court has jurisdiction over this action under 28 U.S.C. § 1330 and 28 U.S.C. § 1605 because this is a nonjury civil action against a foreign state that is not entitled to sovereign immunity.

13.      Venezuela has explicitly and unconditionally waived sovereign immunity in the FAAs and the Bonds for actions arising out of the FAAs, the Bonds, or any coupon appertaining thereto.  Venezuela is therefore not entitled to immunity under 28 U.S.C. §§ 1605-07, as there is an express exception to sovereign immunity where the foreign state has waived its immunity, *id.* at § 1605(a)(1).

14.      Venezuela also is not entitled to sovereign immunity because its bond-related conduct constitutes commercial activity in the United States within the express exception to immunity for commercial activities under 28 U.S.C. § 1605(a)(2).  Venezuela marketed the Bonds in the United States, offered them for sale in the United States, allowed them to be traded in the United States, promised to make payments on them in the United States, directed the actions of its fiscal agents located in the United States, and failed to make payments of principal and interest in the United States, thus engaging in commercial activity in the United States. Venezuela's commercial activities elsewhere also caused direct effects in the United States, including its failure to pay principal and interest and related damages from Venezuela's breach of its payment obligations on the Bonds.

15.      Venezuela appointed the Consul General of Venezuela, or, in the Consul's absence or incapacity, any official of the Consulate of Venezuela, which maintains offices at 7 East 51st Street, New York, New York 10022, as its authorized agent for service of process.

16.     Venue is proper because Venezuela consented to and irrevocably waived any objection to venue in this District.  Venue is also proper under 28 U.S.C. § 1391(f)(1) because a substantial part of the events and omissions giving rise to this claim arose in this District.  Moreover, Venezuela waived any defense that this Court would be an inconvenient forum for this action.

## FACTUAL ALLEGATIONS

### A.  THE FAAS, BONDS, AND BOND OFFERING DOCUMENTS

17.     The 1997 FAA is a contract entered into as of September 3, 1997 among Venezuela, Banco Central de Venezuela, as official financial agent of Venezuela, and the Chase Manhattan Bank as fiscal agent.  The 1997 FAA is governed by the laws of the State of New York without regard to conflicts of laws principles (other than Venezuela's execution and authorization of that agreement, which are governed by the laws of Venezuela).

18.     The 1998 FAA is a contract entered into as of August 6, 1998 among Venezuela, Banco Central de Venezuela, as official financial agent of Venezuela, and the Chase Manhattan Bank, as fiscal agent.  The parties to the 1998 FAA amended that contract in amendments dated January 14, 2004 and September 29, 2004.  The 1998 FAA, as amended, is governed by the laws of the State of New York without regard to conflicts of laws principles (other than Venezuela's execution and authorization of that agreement, which are governed by the laws of Venezuela).

19.     The 2001 FAA is a contract entered into among Venezuela, Banco Central de Venezuela, as official financial agent of Venezuela, and Deutsche Bank AG and Bankers Trust Company as fiscal agents and principal paying agents.  The parties to the 2001 FAA amended that contract with three amendments entered into as of September 19, 2003, March 21, 2005, and December 17, 2007.  The 2001 FAA, as amended, is governed by the laws of the State of New

York without regard to conflicts of laws principles (other than Venezuela's execution and authorization of that agreement, which are governed by the laws of Venezuela).

20.     Venezuela issued the Bonds under the 1997 FAA, the 1998 FAA, or the 2001 FAA.

21.     The principal amount, interest rate, maturity, and other terms are set forth in the Bonds.

22.     Certain terms are also summarized in the respective Bond offering documents.

23.     In the respective FAAs, Venezuela pledged its full faith and credit for the due and punctual payment of all Bonds issued under those agreements.

## B. VENEZUELA'S NON-PAYMENT ON THE BONDS

24.     Beginning in October 2017, Venezuela failed to make required semi-annual interest payments on the Bonds.

25.     Since October 2017, Venezuela has not made any of the required semi-annual interest payments on the Bonds.

26.     Since October 2017, Venezuela has failed to pay the entire principal amount on the Bonds that have matured, including through acceleration.

27.     On information and belief, on December 6, 2018, a group of creditors holding 25% or more in aggregate outstanding principal amount of the 9.375% 2034 Bonds accelerated those bonds, rendering immediately due and payable the full amount of all unpaid principal and interest.

28.     Under the terms of the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

29.     Venezuela's failure to pay principal, interest, or both, currently owing on the Bonds has continued for more than 30 days.  As a result, an event of default exists under the Bonds' terms.

30.     On October 8, 2020, as amended on November 5, 2020 and January 12, 2021, Plaintiffs sent to Venezuela, by written notices to the respective fiscal agents identified in the Bonds, a demand for the payment of the overdue and unpaid principal and interest described above.  A true and accurate copy of this demand is set forth, respectively, as Exhibit B (Oct. 8), Exhibit C (Nov. 5), and Exhibit D (Jan. 12).

31.     On October 8, 2020, as amended on November 5, 2020 and January 12, 2021, Plaintiffs also sent to Venezuela the same demand, to representatives of both Nicolás Maduro and Juan Guaidó.  A true and accurate copy of this demand is set forth, respectively, as Exhibit E (Oct. 8), Exhibit F (Nov. 5), and Exhibit G (Jan. 12), and Exhibit H (Oct. 8), Exhibit I (Nov. 5), and Exhibit J (Jan. 12).

32.     Plaintiffs have performed all obligations they may have under the FAAs or any Bonds issued thereunder.

33.     As the beneficial owners of an interest in principal in each of the Bonds, Plaintiffs have claims for damages, in no event less than the contractually required interest payments and repayment of principal.

34.     In the event Venezuela continues to fail to make required semi-annual interest payments or principal payments on the Bonds after the filing of this complaint, the claims for damages here encompass those missed payments as well.

35.     The Bonds require Venezuela to pay all of Plaintiffs' reasonable and documented out-of-pocket expenses, including reasonable counsel fees and court costs, incurred in

connection with any "reasonable investigation of any such Event of Default or the enforcement of the Securities." Accordingly, in addition to the damages above, Venezuela owes Plaintiffs their costs and attorneys' fees for preparing and bringing this action.

## COUNT 1

### BREACH OF CONTRACT ON THE 7.75% 2019 BONDS

36.     All foregoing paragraphs are incorporated by reference herein.

37.     The 7.75% 2019 Bonds are valid and enforceable promissory notes executed by Venezuela.

38.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 7.75% 2019 Bonds.

39.     Venezuela failed to make required semi-annual interest payments due to Plaintiffs on the 7.75% 2019 Bonds.

40.     Venezuela failed to pay Plaintiffs the entire principal amount of the 7.75% 2019 Bonds.

41.     Venezuela therefore owes Plaintiffs the entire principal amount of their 7.75% 2019 Bonds, plus accrued interest, prejudgment interest, and post-judgment interest.

## COUNT 2

### BREACH OF CONTRACT ON THE 6.00% 2020 BONDS

42.     All foregoing paragraphs are incorporated by reference herein.

43.     The 6.00% 2020 Bonds are valid and enforceable promissory notes executed by Venezuela.

44.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 6.00% 2020 Bonds.

45.     Venezuela failed to make required semi-annual interest payments due to Plaintiffs on the 6.00% 2020 Bonds.

46.     Venezuela failed to pay Plaintiffs the entire principal amount of their 6.00% 2020 Bonds.

47.     Venezuela therefore owes Plaintiffs the entire principal amount of their 6.00% 2020 Bonds, plus accrued interest, prejudgment interest, and post-judgment interest.

## COUNT 3

### BREACH OF CONTRACT ON THE 12.75% 2022 BONDS

48.     All foregoing paragraphs are incorporated by reference herein.

49.     The 12.75% 2022 Bonds are valid and enforceable promissory notes executed by Venezuela.

50.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 12.75% 2022 Bonds.

51.     Venezuela failed to make required semi-annual interest payments due to Plaintiffs on the 12.75% 2022 Bonds.

52.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on the 12.75% 2022 Bonds, plus prejudgment and post-judgment interest.

## COUNT 4

### BREACH OF CONTRACT ON THE 9.00% 2023 BONDS

53.     All foregoing paragraphs are incorporated by reference herein.

54.     The 9.00% 2023 Bonds are valid and enforceable promissory notes executed by Venezuela.

55.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 9.00% 2023 Bonds.

56.     Venezuela failed to make required interest payments due to Plaintiffs on the 9.00% 2023 Bonds.

57.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on the 9.00% 2023 Bonds, plus prejudgment and post-judgment interest.

## COUNT 5

### BREACH OF CONTRACT ON THE 8.25% 2024 BONDS

58.     All foregoing paragraphs are incorporated by reference herein.

59.     The 8.25% 2024 Bonds are valid and enforceable promissory notes executed by Venezuela.

60.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 8.25% 2024 Bonds.

61.     Venezuela failed to make required interest payments due to Plaintiffs on the 8.25% 2024 Bonds.

62.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on the 8.25% 2024 Bonds, plus prejudgment and post-judgment interest.

## COUNT 6

### BREACH OF CONTRACT ON THE 7.65% 2025 BONDS

63.     All foregoing paragraphs are incorporated by reference herein.

64.     The 7.65% 2025 Bonds are valid and enforceable promissory notes executed by Venezuela.

65.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 7.65% 2025 Bonds.

66.     Venezuela failed to make required interest payments due to Plaintiffs on the 7.65% 2025 Bonds.

67.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on the 7.65% 2025 Bonds, plus prejudgment and post-judgment interest.

## COUNT 7

### BREACH OF CONTRACT ON THE 11.75% 2026 BONDS

68.     All foregoing paragraphs are incorporated by reference herein.

69.     The 11.75% 2026 Bonds are valid and enforceable promissory notes executed by Venezuela.

70.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 11.75% 2026 Bonds.

71.     Venezuela failed to make required semi-annual interest payments due to Plaintiffs on the 11.75% 2026 Bonds.

72.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on the 11.75% 2026 Bonds, plus prejudgment and post-judgment interest.

## COUNT 8

### BREACH OF CONTRACT ON THE 9.25% 2027 BONDS

73.     All foregoing paragraphs are incorporated by reference herein.

74.     The 9.25% 2027 Bonds are valid and enforceable promissory notes executed by Venezuela.

75.     Plaintiffs have performed all obligations they may have under the 1997 FAA and the 9.25% 2027 Bonds.

76.     Venezuela failed to make required semi-annual interest payments due to Plaintiffs on the 9.25% 2027 Bonds.

77.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on the 9.25% 2027 Bonds, plus prejudgment and post-judgment interest.

## COUNT 9

### BREACH OF CONTRACT ON THE 9.25% 2028 BONDS

78.     All foregoing paragraphs are incorporated by reference herein.

79.     The 9.25% 2028 Bonds are valid and enforceable promissory notes executed by Venezuela.

80.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 9.25% 2028 Bonds.

81.     Venezuela failed to make required semi-annual interest payments due to Plaintiffs on the 9.25% 2028 Bonds.

82.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on the 9.25% 2028 Bonds, plus prejudgment and post-judgment interest.

## COUNT 10

### BREACH OF CONTRACT ON THE 11.95% 2031 BONDS

83.     All foregoing paragraphs are incorporated by reference herein.

84.     The 11.95% 2031 Bonds are valid and enforceable promissory notes executed by Venezuela.

85.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 11.95% 2031 Bonds.

86.     Venezuela failed to make required interest payments due to Plaintiffs on the 11.95% 2031 Bonds.

87.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on the 11.95% 2031 Bonds, plus prejudgment and post-judgment interest.

## COUNT 11

### BREACH OF CONTRACT ON THE 9.375% 2034 BONDS

88.     All foregoing paragraphs are incorporated by reference herein.

89.     The 9.375% 2034 Bonds are valid and enforceable promissory notes executed by Venezuela.

90.     Plaintiffs have performed all obligations they may have under the 1998 FAA and the 9.375% 2034 Bonds.

91.     Venezuela failed to make required interest payments due to Plaintiffs on the 9.375% 2034 Bonds.

92.     Venezuela failed to pay Plaintiffs the entire principal amount of the 9.375% 2034 Bonds, which, on information and belief, were accelerated on December 6, 2018.

93.     Venezuela therefore owes Plaintiffs the entire principal amount of their 9.375% 2034 Bonds, plus accrued unpaid interest, prejudgment interest, and post-judgment interest.

## COUNT 12

### BREACH OF CONTRACT ON THE 7.00% 2038 BONDS

94.     All foregoing paragraphs are incorporated by reference herein.

95.     The 7.00% 2038 Bonds are valid and enforceable promissory notes executed by Venezuela.

96.     Plaintiffs have performed all obligations they may have under the 2001 FAA and the 7.00% 2038 Bonds.

97.     Venezuela failed to make required interest payments due to Plaintiffs on the 7.00% 2038 Bonds.

98.     Venezuela therefore owes Plaintiffs the accrued unpaid interest on its 7.00% 2038 Bonds, plus prejudgment interest and post-judgment interest.

## COUNT 13

### BREACH OF CONTRACT ON THE 13.625% 2018 BONDS

99.     All foregoing paragraphs are incorporated by reference herein.

100.     The 13.625% 2018 Bonds are valid and enforceable promissory notes executed by Venezuela.

101.     Plaintiffs have performed all obligations they may have under the 1998 FAA or the 2001 FAA and the 13.625% 2018 Bonds.

102.     Venezuela failed to make required interest payments due to Plaintiffs on the 13.625% 2018 Bonds.

103.     Venezuela failed to pay Plaintiffs the entire principal amount of the 13.625% 2018 Bonds.

104.     Venezuela therefore owes Plaintiffs the entire principal amount of their 13.625% 2018 Bonds, plus accrued interest, prejudgment interest, and post-judgment interest.

## PRAYER FOR RELIEF

Plaintiffs respectfully requests that the Court enter judgment in its favor and against Venezuela as follows:

A.     Declaring that the 1997 FAA, the 1998 FAA, the 2001 FAA, and each Bond is an enforceable, valid, and unconditional obligation owed by Venezuela;

B.     Declaring that Venezuela has breached the 1997 FAA, the 1998 FAA, the 2001 FAA, and the terms of each of the Bonds, by failing to pay Plaintiffs the contractually required interest payments and repayment of principal;

C.     Awarding damages to Plaintiffs in an amount to be proven, but in no event less than the contractually required interest payments and repayment of principal;

D.   Awarding Plaintiffs their fees and costs, including attorneys' fees, as permitted by law;

E.   Awarding Plaintiffs prejudgment and post-judgment interest; and

F.   Awarding Plaintiffs other and further relief as the Court deems just and equitable.

January 12, 2021                                    Respectfully submitted.

                                                    */s/ David W. Bowker*
                                                    DAVID W. BOWKER
                                                    WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                    1875 Pennsylvania Avenue NW
                                                    Washington, DC  20006
                                                    (202) 663-6558
                                                    david.bowker@wilmerhale.com
                                                    *Counsel for Plaintiffs*

# EXHIBIT A

**Schedule 1**

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,675,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 6,604,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 8,846,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 19,494,800 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 2,351,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 9,907,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 12,585,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 7,752,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 8,123,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 642,000 | March 31; Sept. 30 |
| 13 | 13.625% 2018 Bonds | US922646AT10 | 08/15/2018 | 1998 FAA | 684,000 | Feb. 15; Aug. 15 |
| | | USP9395PAA95 | 08/15/2018 | 2001 FAA | 1,616,000 | Feb. 15; Aug. 15 |

# EXHIBIT B



October 8, 2020

**By Hand Delivery**

Deutsche Bank Trust Company Americas
f/k/a/ Bankers Trust Company
60 Wall Street
New York, NY 10005

J.P. Morgan Chase Bank
4 New York Plaza
15th Floor
New York, NY 10004

BNY Mellon Global Corporate Trust
240 Greenwich Street
New York, NY 10268

<strong>Re:  Notice of Event of Default and Demand for Payment</strong>

Dear Sir or Madam:

I write this letter on behalf Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.

The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest thereon, and the entire principal amount for those Bonds that have matured, along with any interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road,
George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com w: www.altanawealth.com                    Authorised and Regulated by CIMA



We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.

Sincerely,

*/s/ Lee Robinson*

CIO & Director, Altana Funds



## Schedule 1

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|-----|-------|------|----------|-----|-------------------------------|----------------------------------|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,565,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 5,704,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 3,043,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 14,023,000 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 1,751,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 8,917,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 6,485,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 6,842,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 1,171,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 422,000 | March 31; Sept. 30 |

# EXHIBIT C



November 5, 2020

**By Hand Delivery**

Deutsche Bank Trust Company Americas
f/k/a/ Bankers Trust Company
60 Wall Street
New York, NY 10005

J.P. Morgan Chase Bank
4 New York Plaza
15th Floor
New York, NY 10004

BNY Mellon Global Corporate Trust
240 Greenwich Street
New York, NY 10268

<strong>Re:  Notice of Event of Default and Demand for Payment</strong>

Dear Sir or Madam:

I write this letter on behalf of Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.  This letter supplements my prior letter, dated October 8, 2020, amending the amounts of principal beneficially held for certain Bonds, as reflected in Schedule 1.

The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured, including through acceleration.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest thereon, and the entire principal amount for those Bonds that have matured, along with any

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E : info@altanawealth.com w: www.altanawealth.com                    Authorised and Regulated by CIMA



interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.

　　　　We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.


　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　*/s/ Lee Robinson*

　　　　　　　　　　　　　CIO & Director, Altana Funds

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com w: www.altanawealth.com　　　　　　　　　　　Authorised and Regulated by CIMA



**Schedule 1**

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,675,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 5,704,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 5,943,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 19,123,000 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 1,751,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 8,917,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 8,785,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 7,142,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 7,183,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 642,000 | March 31; Sept. 30 |

# **EXHIBIT D**



January 12, 2021

**By Hand Delivery**

Deutsche Bank Trust Company Americas
f/k/a/ Bankers Trust Company
60 Wall Street
New York, NY 10005

J.P. Morgan Chase Bank
4 New York Plaza
15th Floor
New York, NY 10004

BNY Mellon Global Corporate Trust
240 Greenwich Street
New York, NY 10268

**Re:  Notice of Event of Default and Demand for Payment**

Dear Sir or Madam:

I write this letter on behalf of Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.  This letter supplements my prior letters, dated October 8, 2020 and November 5, 2020, amending the amounts of principal beneficially held for certain Bonds, as reflected in Schedule 1.

The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured, including through acceleration.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest thereon, and the entire principal amount for those Bonds that have matured, along with any



interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.

      We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.


      Sincerely,

      */s/ Lee Robinson*

      CIO & Director, Altana Funds



### Schedule 1

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,675,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 6,604,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 8,846,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 19,494,800 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 2,351,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 9,907,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 12,585,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 7,752,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 8,123,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 642,000 | March 31; Sept. 30 |
| 13 | 13.625% 2018 Bonds | US922646AT10 | 08/15/2018 | 1998 FAA | 684,000 | Feb. 15; Aug. 15 |
| | | USP9395PAA95 | 08/15/2018 | 2001 FAA | 1,616,000 | Feb. 15; Aug. 15 |

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com w: www.altanawealth.com                    Authorised and Regulated by CIMA

# EXHIBIT E



October 8, 2020

**By International Courier**

Ministerio de Finanzas de la Republica
Bolivariana de Venezuela
Direccion General Sectorial de Finanzas Publicas
Esquina de Carmelitas
Avenida Urdaneta
Edificio del Ministerio de Hacienda
Caracas, Venezuela
Attn: Director de Credito Publico

Banco Central de Venezuela
Esquina de Carmelitas
Avenida Urdaneta
Caracas 1010
Venezuela
Attn: Vice President of International Operations

      **Re: Notice of Event of Default and Demand for Payment**

Dear Sir or Madam:

      I write this letter on behalf Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana"). ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1. Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.

      The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela"). They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents. It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

      Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds. Venezuela has not made any of the required semi-annual interest payments since that date. Venezuela has also failed to pay the entire principal amount on the Bonds that have matured. Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

      Therefore, an event of default has occurred under the Bonds' terms. As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest thereon, and the entire principal amount for those Bonds that have matured, along with any



interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.

      We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.

      Sincerely,

      */s/ Lee Robinson*

      CIO & Director, Altana Funds



**Schedule 1**

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,565,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 5,704,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 3,043,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 14,023,000 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 1,751,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 8,917,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 6,485,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 6,842,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 1,171,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 422,000 | March 31; Sept. 30 |

# EXHIBIT F



November 5, 2020

**By International Courier**

Ministerio de Finanzas de la Republica
Bolivariana de Venezuela
Direccion General Sectorial de Finanzas Publicas
Esquina de Carmelitas
Avenida Urdaneta
Edificio del Ministerio de Hacienda
Caracas, Venezuela
Attn: Director de Credito Publico

Banco Central de Venezuela
Esquina de Carmelitas
Avenida Urdaneta
Caracas 1010
Venezuela
Attn: Vice President of International Operations

<strong>Re:  Notice of Event of Default and Demand for Payment</strong>

Dear Sir or Madam:

I write this letter on behalf of Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.  This letter supplements my prior letter, dated October 8, 2020, amending the amounts of principal beneficially held for certain Bonds, as reflected in Schedule 1.

The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured, including through acceleration.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road,
George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com w: www.altanawealth.com                                    Authorised and Regulated by CIMA



thereon, and the entire principal amount for those Bonds that have matured, along with any interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.

We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.

Sincerely,

*/s/ Lee Robinson*

CIO & Director, Altana Funds



**Schedule 1**

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,675,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 5,704,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 5,943,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 19,123,000 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 1,751,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 8,917,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 8,785,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 7,142,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 7,183,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 642,000 | March 31; Sept. 30 |

# **EXHIBIT G**



January 12, 2021

**By International Courier**

Ministerio de Finanzas de la Republica
Bolivariana de Venezuela
Direccion General Sectorial de Finanzas Publicas
Esquina de Carmelitas
Avenida Urdaneta
Edificio del Ministerio de Hacienda
Caracas, Venezuela
Attn: Director de Credito Publico

Banco Central de Venezuela
Esquina de Carmelitas
Avenida Urdaneta
Caracas 1010
Venezuela
Attn: Vice President of International Operations

      **Re:  Notice of Event of Default and Demand for Payment**

Dear Sir or Madam:

      I write this letter on behalf of Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.  This letter supplements my prior letters, dated October 8, 2020 and November 5, 2020, amending the amounts of principal beneficially held for certain Bonds, as reflected in Schedule 1.

      The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

      Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured, including through acceleration.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

      Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com w: www.altanawealth.com    Authorised and Regulated by CIMA



thereon, and the entire principal amount for those Bonds that have matured, along with any interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.

We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.

Sincerely,

*/s/ Lee Robinson*

CIO & Director, Altana Funds



**Schedule 1**

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,675,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 6,604,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 8,846,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 19,494,800 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 2,351,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 9,907,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 12,585,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 7,752,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 8,123,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 642,000 | March 31; Sept. 30 |
| 13 | 13.625% 2018 Bonds | US922646AT10 | 08/15/2018 | 1998 FAA | 684,000 | Feb. 15; Aug. 15 |
| | | USP9395PAA95 | 08/15/2018 | 2001 FAA | 1,616,000 | Feb. 15; Aug. 15 |

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com w: www.altanawealth.com                    Authorised and Regulated by CIMA

# EXHIBIT H



October 8, 2020

**By Hand Delivery**

Carlos Vecchio
Ambassador to the United States for the
   Bolivarian Republic of Venezuela
c/o Embassy of Venezuela
1099 30th Street
Washington D.C. 20007

      **Re:  Notice of Event of Default and Demand for Payment**

Dear Ambassador Vecchio:

      I write this letter on behalf Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.

      The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

      Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

      Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest thereon, and the entire principal amount for those Bonds that have matured, along with any interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.



We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.

Sincerely,

*/s/ Lee Robinson*

CIO & Director, Altana Funds



## Schedule 1

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,565,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 5,704,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 3,043,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 14,023,000 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 1,751,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 8,917,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 6,485,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 6,842,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 1,171,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 422,000 | March 31; Sept. 30 |

# EXHIBIT I



November 5, 2020

**By Hand Delivery**

Carlos Vecchio
Ambassador to the United States for the
    Bolivarian Republic of Venezuela
c/o Embassy of Venezuela
1099 30th Street
Washington D.C. 20007

        **Re:  Notice of Event of Default and Demand for Payment**

Dear Ambassador Vecchio:

        I write this letter on behalf of Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.  This letter supplements my prior letter, dated October 8, 2020, amending the amounts of principal beneficially held for certain Bonds, as reflected in Schedule 1.

        The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

        Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured, including through acceleration.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

        Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest thereon, and the entire principal amount for those Bonds that have matured, along with any interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.



We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.

Sincerely,

*/s/ Lee Robinson*

CIO & Director, Altana Funds



### Schedule 1

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,675,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 5,704,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 5,943,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 19,123,000 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 1,751,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 8,917,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 8,785,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 7,142,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 7,183,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 642,000 | March 31; Sept. 30 |

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com w: www.altanawealth.com          Authorised and Regulated by CIMA

# **EXHIBIT J**



January 12, 2021

**By Hand Delivery**

Carlos Vecchio
Ambassador to the United States for the
    Bolivarian Republic of Venezuela
c/o Embassy of Venezuela
1099 30th Street
Washington D.C. 20007

　　　　　**Re:  Notice of Event of Default and Demand for Payment**

Dear Ambassador Vecchio:

　　　　　I write this letter on behalf of Altana Credit Opportunities Fund SPC ("ACOF SPC"), Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP"), and Altana Funds Ltd. Cayman ("Altana").  ACOF SPC, and its fund, ACOF 1 SP, are beneficial owners of certain bonds (collectively) (the "Bonds"), identified in the attached Schedule 1.  Altana acts as an investment adviser and manager for ACOF SPC and ACOF 1 SP.  This letter supplements my prior letters, dated October 8, 2020 and November 5, 2020, amending the amounts of principal beneficially held for certain Bonds, as reflected in Schedule 1.

　　　　　The Bonds were issued by the Bolivarian Republic of Venezuela ("Venezuela").  They are governed, respectively, by a fiscal agency agreement dated September 3, 1997, as amended (the "1997 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; a fiscal agency agreement dated August 6, 1998, as amended (the "1998 FAA"), for which Chase Manhattan Bank is the identified fiscal agent; or a fiscal agency agreement dated July 25, 2001, as amended (the "2001 FAA"), for which Deutsche Bank AG and Bankers Trust Company are the identified fiscal agents.  It is my understanding that BNY Mellon Global Corporate Trust or J.P. Morgan Chase Bank may now be the fiscal agent for those Bonds for which Chase Manhattan Bank was previously the fiscal agent.

　　　　　Beginning in October 2017, Venezuela has failed to make required semi-annual interest payments on the Bonds.  Venezuela has not made any of the required semi-annual interest payments since that date.  Venezuela has also failed to pay the entire principal amount on the Bonds that have matured, including through acceleration.  Under the Bonds, coupon interest continues to accrue whether or not their maturity date has passed.

　　　　　Therefore, an event of default has occurred under the Bonds' terms.  As a result, ACOF SPC, ACOF 1 SP, and Altana present this demand that Venezuela pay to them all accrued and unpaid interest on the Bonds currently due and payable, along with any interest thereon, and the entire principal amount for those Bonds that have matured, along with any interest thereon.  Such entire amount should be forwarded to Altana, as investment adviser and manager.



We reserve all rights to take all necessary legal actions to enforce our rights, including, without limitation, rights to prejudgment and post-judgment interest.

Sincerely,

*/s/ Lee Robinson*

CIO & Director, Altana Funds



**Schedule 1**

| No. | Issue | ISIN | Date Due | FAA | Principal Beneficially Held ($) | Interest Payment Dates (Annually) |
|---|---|---|---|---|---|---|
| 1 | 7.75% 2019 Bonds | USP97475AN08 | 10/13/2019 | 2001 FAA | 54,675,600 | Apr. 13; Oct. 13 |
| 2 | 6.00% 2020 Bonds | USP97475AG56 | 12/09/2020 | 2001 FAA | 6,604,500 | June 9; Dec. 9 |
| 3 | 12.75% 2022 Bonds | USP17625AC16 | 08/23/2022 | 2001 FAA | 8,846,000 | Feb. 23; Aug. 23 |
| 4 | 9.00% 2023 Bonds | USP17625AA59 | 05/07/2023 | 2001 FAA | 19,494,800 | May 7; Nov. 7 |
| 5 | 8.25% 2024 Bonds | USP97475AP55 | 10/13/2024 | 2001 FAA | 2,351,900 | Apr. 13; Oct. 13 |
| 6 | 7.65% 2025 Bonds | XS0217249126 | 04/21/2025 | 2001 FAA | 1,212,000 | Apr. 21; Oct. 21 |
| 7 | 11.75% 2026 Bonds | USP17625AE71 | 10/21/2026 | 2001 FAA | 9,907,000 | Apr. 21; Oct. 21 |
| 8 | 9.25% 2027 Bonds | US922646AS37 | 9/15/2027 | 1997 FAA | 4,538,000 | March 15; Sept. 15 |
| 9 | 9.25% 2028 Bonds | USP17625AB33 | 05/07/2028 | 2001 FAA | 12,585,000 | May 7; Nov. 7 |
| 10 | 11.95% 2031 Bonds | USP17625AD98 | 08/05/2031 | 2001 FAA | 7,752,000 | Feb. 5; Aug. 5 |
| 11 | 9.375% 2034 Bonds | US922646BL74 | 01/13/2034 | 1998 FAA | 8,123,500 | Jan. 13; June 13 |
| 12 | 7.00% 2038 Bonds | USP97475AJ95 | 03/31/2038 | 2001 FAA | 642,000 | March 31; Sept. 30 |
| 13 | 13.625% 2018 Bonds | US922646AT10 | 08/15/2018 | 1998 FAA | 684,000 | Feb. 15; Aug. 15 |
|  |  | USP9395PAA95 | 08/15/2018 | 2001 FAA | 1,616,000 | Feb. 15; Aug. 15 |

Altana Funds Limited – Registered Office address: Walkers Corporate Limited, Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands CIMA Registered (No.568525)
E: info@altanawealth.com w: www.altanawealth.com                Authorised and Regulated by CIMA