UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

                           Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/21/2021_

20 Civ. 8402 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed Plaintiffs' letters dated January 12 and 19, 2021. ECF Nos. 21–22. The Court finds that justice requires permitting Plaintiffs to file a second amended complaint, Fed. R. Civ. P. 15(a)(2). Accordingly, Plaintiffs' request to file a second amended complaint is GRANTED. By **January 28, 2021**, Plaintiffs shall file their second amended complaint. Plaintiffs shall promptly proceed with serving Defendant by the means the Court previously authorized, ECF No. 16. Plaintiffs shall promptly inform the Court when service of process is complete. If service has not been completed within 60 days of the date of this Order, Plaintiffs shall file a status letter with the Court.

       SO ORDERED.

Dated: January 21, 2021
          New York, New York

                                                                  ANALISA TORRES
                                                  United States District Judge