UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

                            Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/22/2021_

20 Civ. 8402 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiffs' letter dated March 22, 2021. ECF No. 26. Accordingly, Plaintiffs shall promptly inform the Court when service of process is complete. If service has not been completed within 45 days of the date of this Order, Plaintiffs shall file a status letter with the Court.

    SO ORDERED.

Dated: March 22, 2021
       New York, New York

ANALISA TORRES
United States District Judge