WILMERHALE

June 24, 2021

**By ECF and Email**

David W. Bowker

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

    Re:    *Altana Credit Opportunities Fund SPC et al. v. Bolivarian Republic of Venezuela*,
              No. 1:20-cv-8402-AT [rel. 1:19-cv-3123-AT]
              Completion of Service of Process

Dear Judge Torres:

On behalf of our clients—Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman (collectively, "Plaintiffs")—I respectfully submit this letter regarding the completion of service of process, pursuant to your Honor's Order of March 22, 2021 (Dkt. 27).

Service upon Defendant Bolivarian Republic of Venezuela was completed on May 21, 2021, according to a certified copy of a diplomatic note delivered to the Embassy of Venezuela on that date.  *See* Ex. A (certification of diplomatic note); 28 U.S.C. § 1608(c)(1) (for diplomatic service, "[s]ervice shall be deemed to have been made … as of the date of transmittal indicated in the certified copy of the diplomatic note").  The Clerk of the Court also received a certificate of mailing confirming that the service documents were delivered to the Defendant on May 21, 2021.  *See* Dkt. 30.

Based on the date of service, Defendant's response to the Second Amended Complaint is due July 20, 2021—60 days from the date that service was effected.  *See* 28 U.S.C. § 1608(d) ("a

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

WILMERHALE

The Honorable Analisa Torres
June 24, 2021
Page 2

foreign state … shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made").

Sincerely,

*/s/ David W. Bowker*
David W. Bowker