# EXHIBIT A



**United States Department of State**

*Washington, D.C. 20520*

June 4, 2021

Ruby J. Krajick
Clerk of the Court
U.S. District Court Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *Altana Credit Opportunities Fund SPC, et al. v. The Bolivarian Republic of Venezuela*, 1:20-cv-08402-AT**

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of a Summons, Second Amended Complaint, and Notice of Suit to the Bolivarian Republic of Venezuela pursuant to 28 U.S.C. Sections 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States Embassy operations in Venezuela are currently suspended, the documents were delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC under cover of U.S. Department of State diplomatic note. The diplomatic note was dated May 14, 2021 and delivered on May 21, 2021. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Office of the Legal Adviser

Cc:  David Bowker
     Wilmer Cutler Pickering Hale & Dorr LLP
     1875 Pennsylvania Ave., NW
     Washington, DC 20006



United States Department of State

Washington, D.C.   20520

## CERTIFICATION OF DIPLOMATIC NOTE

I, Shane I. Myers, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated May 14, 2021 and delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC on May 21, 2021.

Shane I. Myers, Managing Director
Directorate of Overseas Citizens Services

June 4, 2021