```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/25/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

                     Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                     Defendant.

20 Civ. 8402 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiffs have informed the Court that service has been effected on Defendant. ECF No. 31. Accordingly, by **July 28, 2021**, the parties shall submit their joint letter and proposed case management plan, in accordance with ECF No. 11 ¶¶ 4–5.

    SO ORDERED.

Dated: June 25, 2021
       New York, New York

                                     ANALISA TORRES
                               United States District Judge