USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

                Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                Defendant.

20 Civ. 8402 (AT)
[rel. 19 Civ. 2123 (AT)]

**ORDER**

It is hereby ORDERED that Plaintiffs' request for leave to file their Third Amended Complaint is granted. It is FURTHER ORDERED that Plaintiffs are not required to serve Defendant with the Third Amended Complaint. It is FURTHER ORDERED that the deadline for the parties to submit their joint letter and proposed case management plan is STAYED unless and until Defendant appears in this case.

    SO ORDERED.

Dated: September 23, 2021
       New York, New York

ANALISA TORRES
United States District Judge