USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

                Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                Defendant.

20 Civ. 8402 (AT)
[rel. 19 Civ. 2123 (AT)]

**ORDER**

It is hereby ORDERED that Plaintiffs' request for leave to file their Fourth Amended Complaint is granted. It is FURTHER ORDERED that Plaintiffs are not required to serve Defendant with the Fourth Amended Complaint. It is FURTHER ORDERED that the deadline for Plaintiffs to submit their motion for default judgment is extended to January 31, 2022.

SO ORDERED.

Dated: December 2, 2021
New York, New York

ANALISA TORRES
United States District Judge