UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

                               Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/15/2022_

20 Civ. 8402 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiffs' request for leave to file a Fifth Amended Complaint is GRANTED. *See* ECF No. 57; *see also* Fed. R. Civ. P. 15(a)(2). Because Defendant was served with the Second Amended Complaint and is in default, *see* ECF Nos. 31, 39, Plaintiffs are not required to serve Defendant with the Fifth Amended Complaint, which is substantially similar to the Second, Third and Fourth Amended Complaints, *see* ECF Nos. 42, 51, 57-1; *see also* Fed. R. Civ. P. 5(a)(1)(B), (2).

    The deadline for Plaintiffs to submit their motion for default judgement is extended to **September 23, 2022**.

    SO ORDERED.

Dated: June 15, 2022
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge