```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/22/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

          Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

          Defendant.

20 Civ. 8402 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiffs' request for leave to file a Sixth Amended Complaint is GRANTED. *See* ECF No. 60; *see also* Fed. R. Civ. P. 15(a)(2). Because Defendant was served with the Second Amended Complaint and is in default, *see* ECF Nos. 31, 39, Plaintiffs are not required to serve Defendant with the Sixth Amended Complaint, which is substantially similar to the Second, Third, Fourth, and Fifth Amended Complaints, *see* ECF Nos. 24, 42, 51, 57-1, 59; *see also* Fed. R. Civ. P. 5(a)(1)(B), (2).

    The deadline for Plaintiffs to submit their motion for default judgement is extended to **October 24, 2022**.

    SO ORDERED.

Dated: September 22, 2022
        New York, New York

                                      ANALISA TORRES
                                   United States District Judge