**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



---

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

                       Plaintiffs,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

                       Defendant.

Case No. 1:20-cv-8402-AT
[rel. 1:19-cv-3123 (AT)]

**CLERK'S CERTIFICATE
OF DEFAULT**

---

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York,** do hereby certify that this action was commenced on <u>October 8, 2020</u> with the filing of a summons and complaint, an Amended Complaint filed on <u>November 5, 2020</u>, and a Second Amended Complaint filed on <u>January 21, 2021</u>. **A copy of the summons and Second Amended Complaint was served on defendant(s)** <u>Bolivarian Republic of Venezuela</u> **by personally serving** <u>the Embassy of the Bolivarian Republic of Venezuela in Washington, DC under cover of the U.S. Department of State diplomatic note</u>, *and proof of service was therefore filed on* <u>June 23, 2021</u>, *Doc. #(s)* <u>30</u>. **The original Complaint and Amended Complaint were not served on defendant(s)** <u>Bolivarian Republic of Venezuela</u>.

      **I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

Dated: New York, New York
        September 21, 2021

**RUBY J. KRAJICK**
Clerk of Court

By: _____
Deputy Clerk

2