# EXHIBIT V

CEDE & CO.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

October 28, 2022

JTC (CAYMAN ) LIMITED
94 Solaris Avenue, 2nd Floor
Camana Bay, PO box 30745
Grand Cayman KY1-1203
Cayman Islands

Cede & Co., as nominee of The Depository Trust Company ("DTC"), was the holder of record, on October 24, 2022, of the bonds listed in Appendix A hereto (the "Bonds") issued by the Bolivarian Republic of Venezuela.

DTC is informed by its participant, the Bank of New York Mellon (the "Participant"), that the Bonds credited to the Participant's DTC account 901 on October 24, 2022 were held by Participant for the benenfit of JTC (Cayman) Limited, as custodian of Altana Credit Opportunities Fund SPC obo Altana Credit Opportunities Fund 1 SP (the "Beneficial Owner"), in the amounts set forth in Appendix A hereto (the "Subject Bonds").

At the request of the Participant, Cede & Co., as the nominee of DTC, and as holder of record of the Subject Bonds on October 24, 2022, hereby authorizes the Beneficial Owner, solely with respect to the Subject Bonds held by Beneficial Owner, to take any and all actions and exercise any and all rights and remedies that Cede & Co. as the holder of record of the Subject Bonds on October 24, 2022 is entitled to take, other than any action or any exercise of any right or remedy as against DTC or its affiliates or its nominee Cede & Co., under the terms of the Bonds, the related fiscal agency agreement, and any other controlling documents.

While Cede & Co. is furnishing this authorization as the holder of record of the Subject Bonds, it does so solely at the request of the Participant and only as a nominal party for the Beneficial Owner, which DTC is informed by its Participant is the holder of the account in which beneficial ownership of the Bonds is held. Cede & Co. has no interest in this matter other than to take those steps which are necessary to ensure that the Beneficial Owner is not denied its rights and remedies as the holder of the account in which beneficial ownership of the Bonds is held. Cede & Co. assumes no further responsibility in this matter.

Very truly yours,

CEDE & CO.

By: _____
      Partner    Chad Richman

Dated: 11/1/2022

# Appendix A

| Participant | ACCOUNT | BENEFICIAL OWNER | SECURITY DESCRIPTION | CUSIP | AMOUNT |
|---|---|---|---|---|---|
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA REP 9.25% | 922646AS3 | 6,504,000 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA REP 13.625% | 922646AT1 | 2,928,000 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA REP 9.375% | 922646BL7 | 17,689,000 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT 9.00% | P17625AA5 | 77,910,400 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT I 9.00% | P17625AB3 | 17,918,500 |
|  |  |  |  |  |  |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT 11.00% | P17625AD9 | 44,619,600 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT 11.00% | P17625AE7 | 28,495,400 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT 13.625% | P9395PAA9 | 4,216,000 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT 7.00% | P97475AD2 | 3,150,000 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT 6.00% | P97475AG5 | 15,141,500 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT 7.00% | P97475AN0 | 61,929,100 |
| 901 | ■8487 | Altana Credit Opportunities Fund 1 SP | VENEZUELA GOVERNMENT 8.00% | P97475AP5 | 6,801,900 |
|  |  |  |  | Total | 287,303,400 |