USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/19/2023

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NE**

---

ALTANA CREDIT OPPORTUNITIES FUND
SPC, ALTANA CREDIT OPPORTUNITIES
FUND 1 SP, and ALTANA FUNDS LTD.
CAYMAN,

                    Plaintiffs,

       v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

                    Defendant.

---

Case No. 1:20-cv-8402-AT
[rel. 1:19-cv-3123 (AT)]

## DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED** that Default Judgment is entered

in favor of Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and

Altana Funds Ltd. Cayman (collectively, "Plaintiffs"), and against the Bolivarian Republic of

Venezuela ("Venezuela"), as follows:

    1.      **For Venezuela's breaches of the 7.75% 2019 Bonds (ISIN USP97475AN08),**

**Plaintiffs are entitled to recover from Venezuela:**

    a.      $61,929,100.00 for unpaid principal;

    b.      $30,076,899.57 for accrued and unpaid contractual interest on principal through

July 19, 2023;

    c.      $7,817,210.61 in statutory prejudgment interest on unpaid contractual interest, at

a rate of 9% per annum accruing from the day after each missed interest payment through July

19, 2023;

      d.        If this Default Judgment is entered after July 19, 2023, an additional $20,748.18 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

      e.        Post-judgment interest as set forth in 28 U.S.C. § 1961.

**2.**      **For Venezuela's breaches of the 6.00% 2020 Bonds (ISIN USP97475AG56), Plaintiffs are entitled to recover from Venezuela:**

      a.        $15,141,500.00 for unpaid principal;

      b.        $5,551,883.33 for accrued and unpaid contractual interest on principal through July 19, 2023;

      c.        $1,403,094.36 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

      d.        If this Default Judgment is entered after July 19, 2023, an additional $3,892.54 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

      e.        Post-judgment interest as set forth in 28 U.S.C. § 1961.

**3.**      **For Venezuela's breaches of the 12.75% 2022 Bonds (ISIN USP17625AC16), Plaintiffs are entitled to recover from Venezuela:**

      a.        $72,363,500.00 for unpaid principal;

      b.        $54,486,700.35 for accrued and unpaid contractual interest on principal through July 19, 2023;

     c.      $13,258,638.73 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

     d.      If this Default Judgment is entered after July 19, 2023, an additional $39,063.82 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

     e.      Post-judgment interest as set forth in 28 U.S.C. § 1961.

**4.      For Venezuela's breaches of the 9.00% 2023 Bonds (ISIN USP17625AA59), Plaintiffs are entitled to recover from Venezuela:**

     a.      $77,910.400.00 for unpaid principal;

     b.      $43,474,003.20 for accrued and unpaid contractual interest on principal through July 19, 2023;

     c.      $11,166,556.11 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

     d.      If this Default Judgment is entered after July 19, 2023, an additional $30,197.22 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

     e.      Post-judgment interest as set forth in 28 U.S.C. § 1961.

**5.      For Venezuela's breaches of the 8.25% 2024 Bonds (ISIN USP97475AP55), Plaintiffs are entitled to recover from Venezuela:**

     a.      $3,516,582.30 for accrued and unpaid contractual interest on principal through July 19, 2023;

b.      $913,985.98 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

c.      If this Default Judgment is entered after July 19, 2023, an additional $2,425.87 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

d.      Post-judgment interest as set forth in 28 U.S.C. § 1961.

**6.      For Venezuela's breaches of the 7.65% 2025 Bonds (ISIN XS0217249126), Plaintiffs are entitled to recover from Venezuela:**

a.      $1,427,000.00 for unpaid principal;

b.      $681,677.90 for accrued and unpaid contractual interest on principal through July 19, 2023;

c.      $176,511.64 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

d.      If this Default Judgment is entered after July 19, 2023, an additional $471.32 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

e.      Post-judgment interest as set forth in 28 U.S.C. § 1961.

**7.      For Venezuela's breaches of the 11.75% 2026 Bonds (ISIN USP17625AE71), Plaintiffs are entitled to recover from Venezuela:**

a.      $20,907,708.21 for accrued and unpaid contractual interest on principal through July 19, 2023;

b.        $5,413,779.57 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

c.        If this Default Judgment is entered after July 19, 2023, an additional $14,455.91 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

d.        Post-judgment interest as set forth in 28 U.S.C. § 1961.

**8.        For Venezuela's breaches of the 9.25% 2027 Bonds (ISIN US922646AS37), Plaintiffs are entitled to recover from Venezuela:**

a.        $3,516,134.67 for accrued and unpaid contractual interest on principal through July 19, 2023;

b.        $847,047.99 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

c.        If this Default Judgment is entered after July 19, 2023, an additional $2,538.16 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

d.        Post-judgment interest as set forth in 28 U.S.C. § 1961.

**9.        For Venezuela's breaches of the 9.25% 2028 Bonds (ISIN USP17625AB33), Plaintiffs are entitled to recover from Venezuela:**

a.        $10,276,259.75 for accrued and unpaid contractual interest on principal through July 19, 2023;

b.        $2,639,518.39 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

c.        If this Default Judgment is entered after July 19, 2023, an additional $7,137.93 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

d.        Post-judgment interest as set forth in 28 U.S.C. § 1961.

**10.        For Venezuela's breaches of the 11.95% 2031 Bonds (ISIN USP17625AD98), Plaintiffs are entitled to recover from Venezuela:**

a.        $31,755,273.55 for accrued and unpaid contractual interest on principal through July 19, 2023;

b.        $7,792,524.03 in statutory prejudgment interest on unpaid contractual interest, at a rate of 9% per annum accruing from the day after each missed interest payment through July 19, 2023;

c.        If this Default Judgment is entered after July 19, 2023, an additional $22,641.30 for each calendar day following July 19, 2023 until the date on which this Default Judgment is entered on the docket of the Court; and

d.        Post-judgment interest as set forth in 28 U.S.C. § 1961.

**11.        For Venezuela's breaches of the 9.375% 2034 Bonds (ISIN US922646BL74), Plaintiffs are entitled to recover from Venezuela:**

a.        $17,689,000.00 for unpaid principal;

b.        $9,977,701.56 for accrued and unpaid contractual interest on principal through July 19, 2023;

c.      $2,476,543.30 in statutory prejudgment interest on unpaid contractual interest, at

a rate of 9% per annum accruing from the day after each missed interest payment through July

19, 2023;

d.      If this Default Judgment is entered after July 19, 2023, an additional $7,066.77 for

each calendar day following July 19, 2023 until the date on which this Default Judgment is

entered on the docket of the Court; and

e.      Post-judgment interest as set forth in 28 U.S.C. § 1961.

**12.      For Venezuela's breaches of the 13.625% 2018 Bonds (ISIN US922646AT10),**

**Plaintiffs are entitled to recover from Venezuela:**

a.      $2,928,000.00 for unpaid principal;

b.      $2,364,827.67 for accrued and unpaid contractual interest on principal through

July 19, 2023;

c.      $577,621.40 in statutory prejudgment interest on unpaid contractual interest, at a

rate of 9% per annum accruing from the day after each missed interest payment through July 19,

2023;

d.      If this Default Judgment is entered after July 19, 2023, an additional $1,691.27 for

each calendar day following July 19, 2023 until the date on which this Default Judgment is

entered on the docket of the Court; and

e.      Post-judgment interest as set forth in 28 U.S.C. § 1961.

**13.      For Venezuela's breaches of the 13.625% 2018 Bonds (ISIN**

**USP9395PAA95), Plaintiffs are entitled to recover from Venezuela:**

a.      $4,216,000.00 for unpaid principal;

b.      $3,405,093.39 for accrued and unpaid contractual interest on principal through

July 19, 2023;

c.      $831,711.69 in statutory prejudgment interest on unpaid contractual interest, at a

rate of 9% per annum accruing from the day after each missed interest payment through July 19,

2023;

d.      If this Default Judgment is entered after July 19, 2023, an additional $2,435.25 for

each calendar day following July 19, 2023 until the date on which this Default Judgment is

entered on the docket of the Court; and

e.      Post-judgment interest as set forth in 28 U.S.C. § 1961.

**14.     For Venezuela's breaches of the 7.00% 2018 Bonds (ISIN USP97475AD26),**

**Plaintiffs are entitled to recover from Venezuela:**

a.      $3,150,000.00 for unpaid principal;

b.      $1,352,400.00 for accrued and unpaid contractual interest on principal through

July 19, 2023;

c.      $343,155.39 in statutory prejudgment interest on unpaid contractual interest, at a

rate of 9% per annum accruing from the day after each missed interest payment through July 19,

2023;

d.      If this Default Judgment is entered after July 19, 2023, an additional $945.97 for

each calendar day following July 19, 2023 until the date on which this Default Judgment is

entered on the docket of the Court; and

e.      Post-judgment interest as set forth in 28 U.S.C. § 1961.

**15.     Plaintiffs are entitled to a total of $55,657,899.18 in statutory prejudgment**

**interest.**

16.     Plaintiffs are entitled to attorneys' fees and costs in an amount to be proved

after the entry of judgment.


Dated:  July 19, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge

9