UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2023
```

ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,

                    Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                    Defendant.

20 Civ. 8402 (AT)

**ORDER TO STRIKE**

ANALISA TORRES, District Judge:

    The Court respectfully directs the Clerk of Court to strike document number 82 from the docket. The Court will not refer the motions at ECF Nos. 78 and 80 to the Magistrate Judge.

    SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge