WILMERHALE

December 1, 2023

**By ECF and Email**

David W. Bowker

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:  Altana Credit Opportunities Fund SPC et al. v. Bolivarian Republic of Venezuela, No. 1:20-cv-8402-AT [rel. 1:19-cv-3123-AT; 1:23-cv-05896-AT; 1:23-cv-05287-AT]

Dear Judge Torres,

  Plaintiffs Altana Credit Opportunities Fund SPC, Altana Credit Opportunities Fund 1 SP, and Altana Funds Ltd. Cayman respectfully submit this letter regarding their motion for an order pursuant to 28 U.S.C. § 1610(c) determining that a reasonable period of time has elapsed since this Court's July 19, 2023 Default Judgment against Defendant Bolivarian Republic of Venezuela and Plaintiffs' service of that order on Venezuela, pending before the Court as of October 25, 2023.  Dkts. 84, 85, 86.

  As discussed in Plaintiffs' Memorandum of Law in Support of its Motion for Relief Pursuant to 28 U.S.C. § 1610(c), Dkt. 85, under the Foreign Sovereign Immunities Act, when a party has obtained a judgment against a foreign sovereign, it may not seek to attach the property of a foreign state located in the United States in satisfaction of that judgment "until the court has . . . determined that a reasonable period of time has elapsed following the entry of judgment and the giving of any notice" of default judgment under Section 1608(e).  28 U.S.C. § 1610(c).  In other words, Plaintiffs cannot proceed in enforcing their judgment unless and until the Court grants Plaintiffs' § 1610(c) motion.

WILMERHALE

The Honorable Analisa Torres
December 1, 2023
Page 2

We write to notify the Court that, in this special instance, time truly is of the essence. As the Court is no doubt aware, the Office of Foreign Assets Control ("OFAC") recently authorized the court-supervised sale of shares of the parent company of Citgo, Venezuela's most valuable asset in the United States. *See* Mem. Order, *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, No. 17-mc-00151-LPS (D. Del. May 4, 2023), Dkt. 555 (enclosing OFAC license "authorizing the issuance and service of writs of attachment *fieri facias* granted by the Court to judgment creditors against shares of PDV Holding, Inc."). The district court in Delaware supervising the sale has set the deadline for Venezuela's additional judgment creditors to benefit from the sale: the additional judgment creditors must receive conditional writs of attachment by January 12, 2024. *See* Mem. Order, *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, No. 17-mc-00151-LPS (D. Del. October 11, 2023), Dkt. 738, at *1, 3 (explaining that "a creditor wishing to be made an Additional Judgment Creditor under the [Sale Procedures Order ('SPO')] must obtain at least a conditional writ of attachment by the Step 5 (Writ) Deadline" which is "ten (10) calendar days prior to the deadline for the first round of bidding"; "[t]he SPO sets the date for the first round of bidding as 90 days after October 23, 2023 (the anticipated Launch Date)- that is, January 22, 2024, under the now-governing schedule" so, "[a]ccordingly, the Step 5 (Writ) Deadline will be January 12, 2024, under the now governing schedule" (internal citations omitted)).

In order for Plaintiffs to benefit from the Citgo sale, Plaintiffs therefore need—by January 12, 2024—(1) this Court to grant their § 1610(c) motion, (2) to register their judgment in

WILMERHALE

The Honorable Analisa Torres
December 1, 2023
Page 3

federal court in Delaware, (3) to move in federal court in Delaware for a writ of attachment, and (4) to obtain from the federal court in Delaware a conditional writ of attachment.  *See* Mem. Order, *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, No. 17-mc-00151-LPS (D. Del. July 27, 2023), Dkt. 646 (providing the steps obtain a conditional writ of attachment).

Plaintiffs respectfully submit that their § 1610(c) motion is ready for the Court's resolution and, to ensure that Plaintiffs have the sufficient time to complete the above steps by the Delaware court's January 12, 2024, deadline, Plaintiffs respectfully request that the Court grant its § 1610(c) motion at the Court's earliest convenience.

Sincerely,


*/s/ David W. Bowker*
David W. Bowker