USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTANA CREDIT OPPORTUNITIES FUND SPC, et al,<br><br>Plaintiffs,<br><br>*- against –*<br><br>BOLIVERIAN REPUBLIC OF VENEZUELA,<br><br>Defendant(s). | 1:20 – CV – 8402 – AT<br><br>**CONFIDENTIALITY STIPULATION AND PROPOSED PROTECTIVE ORDER** |

WHEREAS, in the above-captioned action between the parties listed above, a judgment was entered on July 19, 2023 and amended on November 16, 2023, by the United States District Court for the Southern District of New York (the "Judgment") in favor of Plaintiff;

WHEREAS, in connection with the enforcement of the Judgment, Plaintiff has served a subpoena seeking production of certain documents from non-party Citibank N.A. ("Citibank") pursuant to Rule 69 of the Federal Rules of Civil Procedure (the "Subpoena"); and

WHEREAS, Citibank has requested the entry of a Protective Order governing confidentiality of the documents before producing; and

WHEREAS, the parties having agreed to the following terms of confidentiality, and the Court having found that good cause exists for the issuance of an appropriately tailored confidentiality order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the following restrictions and procedures shall apply to the information and documents produced by Citibank in response to the Subpoena:

1. Counsel for Citibank may designate any document or information, in whole or in part, as confidential if counsel determines, in good faith, that such designation is necessary to

protect the interests of the client in information that is proprietary, a trade secret, or otherwise sensitive non-public information ("Confidential Information"). Information and documents designated by a party as confidential will be stamped "CONFIDENTIAL."

2. The Confidential Information disclosed will be held and used by the person receiving such information solely for use in connection with this action or seeking to enforce the Judgment.

3. In the event Plaintiff challenges Citibank's designation of confidentiality, counsel shall make a good faith effort to resolve the dispute, and in the absence of a resolution, either party may seek resolution by the Court. Nothing in this Protective Order constitutes an admission by any party that Confidential Information disclosed in this case is relevant or admissible. Each party reserves the right to object to the use or admissibility of the Confidential Information.

4. Documents designated as "CONFIDENTIAL" shall not be disclosed to any person, except:

a. Plaintiff and counsel, including in-house counsel;

b. Employees of such counsel assigned to and necessary to assist in the litigation;

c. Consultants or experts assisting in connection with matter, to the extent deemed necessary by counsel; and

d. Any Court (including the mediator, or other person having access to any Confidential Information by virtue of his or her position with the Court).

5. Prior to disclosing or displaying the Confidential Information to any person other than a Court or any Court personnel, Plaintiff's counsel must:

a. Inform the person of the confidential nature of the information or documents;

b. Inform the person that this Court has enjoined the use of the information or documents by him/her for any purpose other than this litigation and has enjoined the disclosure of the information or documents to any other person; and

c. Require each such person to sign an agreement to be bound by this Order in the form attached as Exhibit A.

6. The disclosure of a document or information without designating it as "CONFIDENTIAL" shall not constitute a waiver of the right to designate such document or information as Confidential Information. If so designated, the document or information shall thereafter be treated as Confidential Information subject to all the terms of this Stipulation and Order.

7. Nothing herein shall preclude the parties from disclosing material designated to be Confidential Information if otherwise required by law or pursuant to a valid subpoena.

SO STIPULATED AND AGREED.

Dated: New York, New York
September 8, 2026

WHITE AND WILLIAMS LLP
810 Seventh Avenue, Suite 500
New York, NY 10019

*/s/ Thomas E. Butler*___________
By: Thomas E. Butler

Counsel for Plaintiff

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*/s/ Daniel J. Thomson*______________ By: Daniel J. Thomson

Counsel for Citibank, NA

Nothing in this order alters the parties' obligations to follow the procedures for filing under seal or with redactions set forth in the Court's Individual Practices.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ANALISA TORRES
United States District Judge



52011577v.2

**EXHIBIT A**

**Agreement**

I have been informed by counsel that certain documents or information to be disclosed to me in connection with the matter entitled ___________________ have been designated as confidential. I have been informed that any such documents or information labeled “CONFIDENTIAL” are confidential by Order of the Court. I hereby agree that I will not disclose any information contained in such documents to any other person. I further agree not to use any such information for any purpose other than this litigation.

Dated: ____________________, 20__

Name (printed) Signature

____________________________________ ____________________________________

Signed in the presence of:

____________________________________
(Attorney)