UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTANA CREDIT OPPORTUNITIES FUND SPC, ALTANA CREDIT OPPORTUNITIES FUND 1 SP, and ALTANA FUNDS LTD. CAYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 1:20-cv-8402-AT<br>[rel. 1:19-cv-3123 (AT)] |

**DECLARATION OF LEE ROBINSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO VACATE THE DEFAULT JUDGMENT**

I, Lee Robinson, affirm under the penalty of perjury that the following is true and correct:

1. My name is Lee Robinson. I am the Director at Altana Funds Ltd. Cayman ("Altana"), which is the investment adviser and manager to Altana Credit Opportunities Fund SPC ("ACOF SPC") and Altana Credit Opportunities Fund 1 SP ("ACOF 1 SP") (collectively, "Plaintiffs"). As Director, I have personal knowledge of the facts set forth in this declaration, including because I was personally involved in executing or overseeing the transactions referenced in Paragraph 2 below.

2. The aggregate price paid by Plaintiffs to purchase the bonds that are the subject of Plaintiffs' default judgment was over $500,000.00. No part of the purchase price was contingent upon litigation outcomes.

3. I hold passports from the United Kingdom and Australia. I am not and have never been a resident of the United States; nor have I ever been "based out of the United States," as Defendant suggests. I am based out of Monaco.

4. Defendant's Memorandum of Law in Support of its Motion to Vacate the Default Judgment cites a webpage, Tracxn.com, that published incorrect biographical information about my residence. *See* ECF No. 102, at 19 & n.11. After receipt of Defendant's motion, I sent a correction request to the webpage operators. The webpage now correctly states that I am "based out of Monaco." *Lee Robinson — Portfolio and Founded Companies*, Tracxn, https://perma.cc/KJR6-Q37G.

5. I just happen to be traveling in the United States this week for business meetings, which is why I am executing this Declaration from New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 10/13/2026

New York, NY

L Robinson

Lee Robinson
Director
Altana Funds Ltd. Cayman